FILED08 OCT '26 16:57USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**DAEJON LABRAYAE DELENAR LOVE, a/k/a "Jon Love," "Jordan Love," "Avril Lyto Love," "Brii'jon Love," and "Prince Love"**

**Defendant.**

**3:26-cr-**00419-IM

**INDICTMENT**

**18 U.S.C. § 1349**

**Forfeiture Allegation**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Commit Wire Fraud)**
**(18 U.S.C. § 1349)**

1. Beginning on a date unknown and continuing through in or about August 2026, in the District of Oregon and elsewhere, DAEJON LABRAYAE DELENAR LOVE, hereinafter defendant LOVE, and others, known and unknown, knowingly conspired, combined, confederated and agreed with each other and others, known and unknown, to commit wire fraud, to wit, knowingly devising and intending to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. § 1343.

## MANNER AND MEANS AND SCHEME AND ARTIFICE TO DEFRAUD

2. Defendant LOVE and others, known and unknown, used the following manner and means, among others, to carry out the conspiracy and scheme and artifice to defraud:

3. Defendant LOVE and co-conspirator 1 solicited individuals to invest in fictitious high-yield investment opportunities, including a rarely available investment opportunity they referred to as an "expedited account" in which victims could supposedly double or triple the value of their investment in a short period of time.

4. Throughout the scheme, defendant LOVE and co-conspirator 1 falsely portrayed defendant LOVE, online and in person, as a wealthy real estate investor or as a current or former professional football player in the National Football League ("NFL").

5. To identify and lure actual and potential victims of their scheme to defraud, defendant LOVE and co-conspirator 1 created online dating and social media profiles containing false and misleading information and images portraying defendant LOVE as a wealthy real estate investor or a current or former NFL player.

6. Defendant LOVE communicated with actual and potential victims of the scheme to defraud through these online platforms, with such communications constituting interstate wires in furtherance of the scheme to defraud. In doing so, defendant LOVE frequently used aliases.

7. It was part of the scheme and artifice to defraud that defendant LOVE developed intimate and romantic relationships with many of the actual and potential victims of the scheme to defraud.

8. As part of the scheme and artifice to defraud, defendant LOVE and co-conspirator 1, who posed as defendant LOVE's financial advisor, showed victims bank and investment

account statements reflecting defendant LOVE's supposed wealth. Co-conspirator 1 had no experience as a financial advisor and the bank and investment statements were fabricated.

9. It was part of the scheme and artifice to defraud that defendant LOVE and co-conspirator 1 falsely told actual and potential victims that defendant LOVE and co-conspirator 1 would invest their money in the same high-yielding investments that made defendant LOVE a fortune.

10. To further the scheme and artifice to defraud and obtain additional money from victims of the scheme to defraud, defendant LOVE traveled to meet actual and potential victims of the scheme to defraud and brought and displayed props and symbols of apparent wealth and his alleged NFL career, including high-end vehicles, purported expensive jewelry and clothing, and NFL-related gear and clothing, to bolster his false claims of being a wealthy real estate investor or current or former NFL player.

11. It was part of the scheme and artifice to defraud that defendant LOVE and co-conspirator 1 instructed victims of the scheme to defraud to send cash or to transfer money via interstate wires in order to invest in the fictitious investment opportunities they promoted. Based on defendant LOVE and co-conspirator 1's scheme and artifice to defraud, victims in the District of Oregon and elsewhere sent defendant LOVE and co-conspirator 1 money, via cash and transfers via interstate wires, to be used for the supposed investments on the victims' behalf, with each wire transfer constituting an interstate wire in furtherance of the scheme to defraud.

12. It was part of the scheme and artifice to defraud that defendant LOVE and co-conspirator 1, rather than invest or use the money as promised, diverted it for personal use, including expenses related to travel, lodging in various cities, dining, purchases of NFL-related gear and clothing, payments for high-end vehicle leases, jewelry, payments to online dating

platforms, payments for followers on social media platforms, child support payments, and payments for adult entertainment.

All in violation of 18 U.S.C. § 1349.

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

////

////

////

////

////

////

////

////

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated: October 8, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney

CHRISTOPHER CARDANI, MASB #550609
Assistant United States Attorney