UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAEJON LABRAYAE LOVE,

Defendant.

3:26-cr-00419-1 IM

Case No. 3:26-mj-00227-1

ORDER APPOINTING COUNSEL

IT IS ORDERED that the Federal Public Defender is hereby appointed to act as counsel for Daejon Labrayae Love, pursuant to 18 U.S.C. § 3006A(c). Specifically, the Federal Public Defender has designated AFPD Ellie Riegel and AFPD Robert Hamilton as counsel to be appointed.

Dated this 9th day of October, 2026.

/s/ Youlee Yim You
Honorable Youlee Yim You
United States Magistrate Judge

Presented by:

*Fidel Cassino-DuCloux*
Fidel Cassino-DuCloux
Federal Public Defender